

101 Park Avenue, 17th Floor
New York, NY 10178
☎ 212.878.7900 🖨 212.692.0940
www.foxrothschild.com

MATTHEW J. SCHENKER
Direct No: 212.905.2308
Email: mschenker@foxrothschild.com

Application granted. The conference previously scheduled for May 3, 2024 is hereby adjourned to June 21, 2024 at 11:00 a.m. No later than June 14, 2024, the parties shall file their joint letter and proposed case management plan and scheduling order.

SO ORDERED.

_____
Hon. Ronnie Abrams
April 26, 2024

April 24, 2024

**VIA ECF**

The Honorable Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**  *Neu Productions Inc. et al v. Eureka Entertainment LLC et al* **– Case No. 1:24-cv-01694-RA: Joint Request to Reschedule Initial Status Conference**

Dear Judge Abrams:

We represent defendants Eureka Entertainment LLC and Home Box Office, Inc. (collectively "Defendants"), in the above referenced action. We write jointly with counsel for Plaintiffs, Neu Productions Inc., John Robert Roderick, and Patrick Parnell (collectively "Plaintiffs"), to respectfully request that the Court adjourn and reschedule the Initial Status Conference, which is currently set for May 3, 2024, until June 21, 2024, or on some other date that the Court deems proper, to take place after the Defendants' responsive filing is due on May 27, 2024.

This is the parties' first request for adjournment of any scheduled court conferences and is made for good cause. Specifically, on March 28, 2024, following a conferral between counsel for the parties, Defendants executed the waivers of service setting their deadline to respond to the Complaint to May 27, 2024. *See* ECF Nos. 8-9. An adjournment of the Initial Status Conference until June 21, 2024, would facilitate the parties' compliance with their obligations regarding this matter, including with regard to the parties' Rule 26(f) conference and their submissions to the Court concerning the proposed case management plan and scheduling order.

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Massachusetts    Minnesota    Missouri
Nevada    New Jersey    New York    North Carolina    Oklahoma    Pennsylvania    South Carolina    Texas    Washington



The Honorable Ronnie Abrams
Neu Productions Inc. et al v. Eureka Entertainment LLC et al – Case No. 1:24-cv-01694-RA
April 24, 2024
Page 2

We thank the Court for its attention to this matter.

Respectfully submitted,

Matthew J. Schenker
David Aronoff (*pro hac vice application forthcoming*)
Joshua Bornstein (*pro hac vice application forthcoming*)